

# Fourth Court of Appeals
## San Antonio, Texas

April 10, 2019

No. 04-18-00764-CR, 04-18-00765-CR, 04-18-00774-CR, 04-18-00775-CR, 04-18-00777-CR, 04-18-00778-CR, 04-18-00779-CR, 04-18-00780-CR, 04-18-00781-CR, 04-18-00782-CR, 04-18-00783-CR, 04-18-00784-CR, 04-18-00785-CR, 04-18-00786-CR, 04-18-00787-CR, 04-18-00788-CR, 04-18-00789-CR, 04-18-00790-CR, 04-18-00791-CR, 04-18-00792-CR, 04-18-00794-CR, & 04-18-00795-CR

The **STATE** of Texas,
Appellant

v.

Mark Anthony **GONZALEZ**, Agustin Perez, Jr., Gabriel Rene Perez, Jeremias Aguilar, Jr., Martin M. Rios, Jr., Steven Negrete, Fernando Jefte Mata, Eloy Canales Romo, Francisco Antonio Rodriguez, Raymond Ryan Robinson, Winston Robert Modisette, Courtney Marie Seilhammer, and Ahmed Mamuth
Appellees

From the County Court, Kinney County, Texas
Trial Court No. 10041CR, 10056CR, 10122CR, 10134CR, 9711CR, 9712CR, 9892CR, 10123CR, 10054CR, 10138CR, 10187CR, 9964CR, 10185CR, 10047CR, 10074CR, 10115CR, 10116CR, 10117CR, 10118CR, 10125CR, 10195CR, 10196CR
Honorable Spencer W. Brown, Judge Presiding

## O R D E R

The Real Party in Interest, Kinney County's Motion to Extend Time to File Reply Brief is GRANTED.

It is so **ORDERED** on April 10, 2019.

**PER CURIAM**

ATTESTED TO: _____
Keith E. Hottle
Clerk of Court

